IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RAMON JEREL MIMS, | * |
| Petitioner, | * |
| v. | Case No. 5:25-cv-00129-TES-CHW |
| | * |
| Commissioner TYRONE OLIVER, | |
| | * |
| Respondent. | |
| _____ | * |

# JUDGMENT

Pursuant to this Court's Order dated 11/21/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of November, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk